# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HON MANAGEMENT, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02022-BLF<br><br>**ORDER VACATING ALL DATES, REQUESTING DISMISSAL OR A STATUS UPDATE NO LATER THAN 60 DAYS, AND ADMINISTRATIVELY CLOSING THE CASE** |

On May 6, 2021, Plaintiff Scott Johnson notified the Court of a provisional settlement agreement between the parties. ECF 13. The Court REQUESTS that the parties voluntarily dismiss the case or provide a further status update no later than July 6, 2021.

The Clerk SHALL vacate all dates and administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should a settlement not be reached.

**IT IS SO ORDERED.**

Dated: May 7, 2021

_____
BETH LABSON FREEMAN
United States District Judge