CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

BRIAN H. SONG (SBN: 188662)
briansong@songleelaw.com
NA RAE LEE (SBN: 326972)
naraelee@songleelaw.com
SONG & LEE, LLP
2559 S. Bascom Avenue
Campbell, CA 95008
Telephone: (408) 628-4257
Facsimiles: (408) 628-4258
Attorneys for Defendants
Hon Management, INC. and Allfo One Korea, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>HON MANAGEMENT, INC., a California Corporation; ALLFO ONE KOREA, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 5:21-CV-02022-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

1 | Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and
2 | between the parties hereto that this action may be dismissed with prejudice
3 | as to all parties; each party to bear his/her/its own attorneys' fees and costs.
4 | This stipulation is made as the matter has been resolved to the satisfaction of
5 | all parties.

Dated: May 21, 2021          CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorney for Plaintiff

Dated: May 21, 2021          SONG & LEE, LLP

                             By:   /s/Brian H. Song
                                   Brian H. Song
                                   Attorneys for Defendants
                                   Hon Management, INC. and
                                   Allfo One Korea, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Brian H. Song, counsel for Hon Management, INC. and Allfo One Korea, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 21, 2021        CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
      Amanda Seabock
      Attorney for Plaintiff