1   CENTER FOR DISABILITY ACCESS
2   Chris Carson, Esq., SBN 280048
    Dennis Price, Esq., SBN 279082
3   Amanda Seabock, Esq., SBN 289900
    8033 Linda Vista Road, Suite 200,
4   San Diego, CA 92111
5   (858) 375-7385; (888) 422-5191 fax
    amandas@potterhandy.com
6   Attorneys for Plaintiff

7   BRIAN H. SONG (SBN: 188662)
8   briansong@songleelaw.com
    NA RAE LEE (SBN: 326972)
9   naraelee@songleelaw.com
10  SONG & LEE, LLP
    2559 S. Bascom Avenue
11  Campbell, CA 95008
12  Telephone: (408) 628-4257
    Facsimiles: (408) 628-4258
13  Attorneys for Defendants
14  Hon Management, INC. and Allfo One
    Korea, LLC
15

16

17

18              UNITED STATES DISTRICT COURT
19            NORTHERN DISTRICT OF CALIFORNIA

20  SCOTT JOHNSON,                          Case: 5:21-CV-02022-BLF

21          Plaintiff,

22                                          **JOINT STIPULATION FOR**
                                            **DISMISSAL PURSUANT TO**
23  v.                                      **F.R.CIV.P. 41 (a)(1)(A)(ii)**

24  HON MANAGEMENT, INC., a
    California Corporation; ALLFO ONE
25  KOREA, LLC, a California Limited
    Liability Company; and Does 1-10,
26

27          Defendants.

28

---

                            1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.


Dated: May 21,2021             CENTER FOR DISABILITY ACCESS

                               By:   /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff


Dated: May 21,2021             SONG & LEE, LLP

                               By:   /s/Brian H. Song
                                     Brian H. Song
                                     Attorneys for Defendants
                                     Hon Management, INC. and
                                     Allfo One Korea, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Brian H. Song, counsel for Hon Management, INC. and Allfo One Korea, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 21,2021          CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorney for Plaintiff

3

**PROOF OF SERVICE**

**Johnson v. Hon Management, Inc.**

CASE #: 5:21-cv-02022-BLF

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111.

On May 21, 2021 I served the following document(s):

- **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

Addressed to:

> **BRIAN H. SONG**
> SONG & LEE, LLP
> 2559 S. Bascom Avenue
> Campbell, CA 95008

☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Northern District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on May 21, 2021, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____

Priyanka More

PROOF OF SERVICE